USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RHONDA TERRELL,

                Plaintiff,

-against-

                              22-CV-9008 (VEC)

L'ORÉAL USA, INC, L'ORÉAL USA         ORDER
PRODUCTS, INC., REVLON, INC., REVLON
CONSUMER PRODUCTS CORP., STRENGTH
OF NATURE GLOBAL, LLC, SOFT
SHEEN/CARSON INC., SOFT SHEEN CARSON
(W.I.), INC,

                Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 21, 2022, Plaintiff filed a Complaint against the above-named Defendants, including Defendant Strength Of Nature Global, LLC, *see* Compl., Dkt. 1;

      WHEREAS Plaintiff alleges that this Court's subject matter jurisdiction in this matter is premised on diversity, *id.* ¶ 15;

      WHEREAS "a limited liability company has the citizenship of its members," *see Jean-Louis v. Carrington Mortg. Servs., LLC*, 849 F. App'x 296, 298 (2d Cir. 2021);

      WHEREAS a complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC (including the citizenship of any members of the LLC that are themselves LLCs), *see Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51–52 (2d Cir. 2000); *see also, e.g.*, *In re Bank of Am. Corp. Sec., Derivatives, and ERISA Litig.*, 757 F. Supp. 2d 260, 334 n.17 (S.D.N.Y. 2010);

WHEREAS the Complaint alleges that Defendant Strength of Nature Global, LLC is "a corporation with its principal place of business and headquarters located at 64 Ross Road, Savannah, Georgia 31405," Compl. ¶ 10; and

WHEREAS the Complaint made no allegations as to the citizenship of the members of Defendant Strength of Nature Global, LLC.

IT IS HEREBY ORDERED that by no later than **Monday, October 31, 2022**, Plaintiff must file an amended complaint that cures the deficiencies described herein or the complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

**Date:  October 25, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**